IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOLLIE TELFORD and STEVEN FRITTS, | ) ) ) | 4:16CV3147 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, MOUNTAIN WEST FARM BUREAU INSURANCE COMPANY, GEORGE POWERS, LAW OFFICE OF SUNDAHL, POWERS, KAPP AND MARTIN, LLC, SUSAN AUKEMA, PAMELA GEE, LEA BONNECAZE, and DOES 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs Hollie Telford and Steven Fritts, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. (Filing Nos. 2 and 3.) Upon review of Plaintiffs' Motions, the court finds that Plaintiff are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 12th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge